United States Court of Appeals
Fifth Circuit

**F I L E D**

June 8, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-51160
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GABRIEL RAMIREZ-TERCERO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-02-CR-122-2
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for Gabriel Ramirez-Tercero has
moved for leave to withdraw from this direct appeal and has filed
a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).
Ramirez has responded after receiving a copy of counsel's motion
and brief.  He has not raised any appellate claims, but seeks
appointment of new counsel to continue his case.

Ramirez's motion for new counsel is DENIED.  Our independent
review of the brief and the record discloses no nonfrivolous
issue in this appeal.  Accordingly, counsel's motion for leave to

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.